ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
Email: hwklaw@aol.com
Attorneys for: PLAINTIFF

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 419 2325  Fax (973) 669 3269
Attorney Id :021212005
portillalaw@gmail.com
Attorney for: PLAINTIFF

| | |
|---|---|
| ARTULDE POINT DU JOUR<br><br>PLAINTIFF<br><br>v<br><br><br>FLIX BUS SE OBA GREYHOUND BUS COMPANY SMACK JERI-IN, HEAD DOE, JOHN DOES (1-10), HARRY ROES (1-10)<br><br>DEFENDANTS | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE #: 2:25-cv-02601-BRM-SDA<br><br><br><br><br>**NOTICE OF MOTION TO VACATE ORDER PURSUANT TO FRCP 60 (b)(3)(6)** |

**PLEASE TAKE NOTICE** that on December 7, 2025, Counsel for the Undersigned will move before the United States District Court for an Order to Vacate the Order dismissing the Plaintiff's Complaint on 10/21/2025.

1

**PLEASE TAKE FURTHER NOTIC**E, that in  Support of this Motion, Plaintiff's

attorney will rely on the Brief and Certification of Cecile D. Portilla, Esquire. A proposed

form of Order is attached here with.


**PLEASE TAKE FURTHER NOTICE**, that plaintiff reserves her right to Oral argument

if there is opposition to this motion.


/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE

Dated: November 4, 2025