# EXHIBIT 2

U.S. Department of Justice

Civil Rights Division

*Disability Rights Section*



# Guide for Passengers: Accessible Bus Service Under the Greyhound Agreement

Greyhound promised to improve its accessible bus service as part of a settlement agreement with the Department of Justice. The agreement resolves a series of complaints filed under the Americans with Disabilities Act.

This guide explains how you can get accessible bus service under the agreement between now and October 1, 2001. As of that date new Department of Transportation regulations will require Greyhound to provide accessible, lift-equipped service on demand with 48 hours' notice.

Greyhound is starting to put more accessible buses on the roads and to train Greyhound's bus drivers and other workers to provide accessible bus service (for example, through the operation of lifts, other boarding devices, and disability awareness). Until all the buses are in service and all the drivers are trained, Greyhound will not be able to meet all requests for accessible bus service. By April 1, 2000, however, Greyhound will guarantee lift-equipped bus service to and from all of its destinations, except in a very limited set of circumstances.

For accessible bus services, please call the Greyhound ADA Hotline: 1-800-752-4841 or 1-800-345-3109 (TDD). Call at least 48 hours (two days) before you want to travel. Greyhound may need to call you back to make final arrangements.

## What to Expect Before April 1, 2000

If you call Greyhound's Hotline at least 48 hours in advance of your travel --

1. You may be able to travel on a lift-equipped bus with trained personnel, if;

   • You are traveling along a route where lift-equipped buses are regularly scheduled. If so, then Greyhound must provide a lift-equipped bus, except in "excusable circumstances," as explained below.

   • You are traveling along a route where lift-equipped buses are <u>not</u> regularly scheduled, but Greyhound is still able to provide a lift-equipped bus with reasonable effort. At first, Greyhound will not be able to meet all of these requests, but lift-equipped bus service will improve as April 1, 2000, approaches.

   (You can get off the bus and get back on at each designated rest stop and meal stop if you wish.)

2. You may be able to travel with the assistance of station-based lifts or boarding devices if your travel plans include locations where these devices are available or can be deployed within 48 hours.  If so, then Greyhound will provide such assistance, except in excusable circumstances.

3. You may have to be carried onto and off of a bus, if Greyhound is unable to provide a lift-equipped bus, station-based lift, or boarding device.

"Excusable circumstances" include, for example:

- A bus or lift suddenly breaks down,
- There is an unforeseen lack of trained personnel,
- There is an unusually high demand for services, or
- It would be very costly to provide service in a particular situation.

In these situations, Greyhound will not have to provide accessible service.

## What to Expect Between April 1, 2000 and October 1, 2001

Greyhound will be operating "Access Greyhound."  With at least 48 hours' notice Greyhound will guarantee lift-equipped bus service from and to all of its locations, except in "excusable circumstances" (as explained above).  Even in those excusable circumstances, Greyhound must still provide other boarding assistance.  Also, as of October 2000, the new Department of Transportation regulations will require companies like Greyhound to ensure that all new buses that they purchase or lease will be lift-equipped.  Ultimately, but not later than October 28, 2012, all over-the-road buses operated by companies like Greyhound will be lift-equipped.

## What to Expect After October 1, 2001

New Department of Transportation regulations require that as of October 1, 2001, companies like Greyhound must provide lift-equipped bus service on 48 hours' notice at every location that they serve.  Ultimately, after all buses become lift-equipped, passengers will no longer have to provide 48 hours' notice to travel with Greyhound.

## In All Situations

If you don't give 48 hours' notice, Greyhound still has to make a reasonable effort to provide an accessible bus, assistive devices, or other boarding assistance.  This means that Greyhound can carry a passenger as a last resort.

## Complaints

You can file complaints about Greyhound's bus service with Greyhound, and Greyhound will investigate.  You should file within 60 days of the incident.

You can also file a complaint with the Department of Justice.

If you file a complaint with either Greyhound or the Justice Department, please try to provide as much information as possible, including the bus number; driver's name; date, time, and location of the incident; and the name of other Greyhound personnel or other witnesses. The addresses for filing your complaint with either Greyhound or the Justice Department are:

    Greyhound ADA Corporate Office
    P.O. Box 660362
    Dallas, Texas 75266-0362

    U.S. Department of Justice
    Disability Rights Section
    Civil Rights Division
    P.O. Box 66738
    Washington, DC 20035-6738

If you file a complaint with either Greyhound or the Justice Department, you won't waive your legal rights unless you accept compensation for the incident.

This document is available in the following alternate formats for persons with disabilities --

    - Braille
    - Large Print
    - Audiocassette; and
    - Electronic file on computer disk.

To get a copy of the settlement agreement or information about your rights, call the Department of Justice's ADA Information Line, 800-514-0301 (voice), or 800-514-0383 (TDD), or visit our website, http://www.usdoj.gov/crt/ada/adahom1.htm.

**Note: Reproduction of this document is encouraged**                    **November 1999**

3