CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 419-2325   Fax (973) 669 3268
Attorney Id: 021212005
portillalaw@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 SEP -5  P 2: 24

September 4, 2025

United States District Court
District Court of New Jersey
50 Walnut Street
Newark, New Jersey.

**RE:   A MATTER OF PUBLIC CONCERN**
**NAZARIO V CITY OF ORANGE ET. AL**
**Case No.: 2:24-cv-08908-JKS-AME**

Dear Judge Espinosa and Judge Semper:

On Friday August 22, 2025, I printed the notice of removal in the matter of <u>Nazario v City of Orange</u> as referenced above from Pacer, after noticing that the document had no header showing  the district court's date stamp or any case identification number at the top of the document that would indicate that the document was actually filed. **(Exhibit A)**

The Notice of Removal was entered into system on 9/1/2024 by a prior Defense attorney Marco Di Stefano, Esquire.

I showed the document to Attorney Eldridge Hawkins who also confirmed that the document has no header with the district Court case number or any date stamp or ID number that would indicate that the document was actually filed.  I did not believe that the Notice of Removal attached that has no header with a date or case identification stamp is a co-incidence. **(Exhibit  A)**

On Friday August 22, 2025, I took the Notice of Removal to the District Court clerk to make sure that others were making the same observation regarding the notice of removal document.

The district court clerk reviewed the document then went to his own computer and made the same observation as I did.   He said that it was strange that the document had no header with a case number with a date and case identification stamp.

1

After leaving the district Court on 8/22/2025, I drove to the law offices of defense attorney Stefani Schwartz who was not in office. I asked one of her staffers to log into the district court site and advise me whether they made the same observation regarding the Notice of Removal in the Nazario matter as I did.

The staffer logged into Pacer and printed out a copy of the same Notice of removal and also found it very strange that the notice of removal that was in the system had no date or case identification number stamped at the top of the document, that would indicate that the document was actually filed on Pacer.

The staffer called another staffer who also said that it was "weird" that the document appeared on the Court site in that condition.

I asked the staff of the Schwartz law firm to show me the Original copy of the notice of removal that Attorney Schwartz had attached to her Consent to the Notice of removal that she filed on 9/6/2024.

One staffer went into their PDF files and actually found a Notice of Removal with a header that was allegedly stamped with the filing date and case identification by prior defense co-Counsel Marco DiStefano, Esquire. **(See Exhibit B).**

The question is asked, *how was it even possible* that the former defense Counsel (Marco DeStefano, Esquire) in the Nazario matter was able to print out and produce a Notice of removal with an actual header that has a date and case ID and other filing data on the document, **WHEN <u>NO ONE</u> ELSE INCLUDING THE DISTRICT COURT CLERK** has the ability to do so?

On August 22, 2025, I advised the District Court Clerk that there were a lot of strange occurrences on the Court site that needed to be addressed. I am blocked after filing documents of the District Court from immediately reviewing the documents that are filed.

Documents filed on Pacer under my account on many occasions do not reflect what was actually uploaded by the undersigned.

I had also expressed concern about the appearance of the docket sheet in my personal matter( <u>Cecile D. Portilla, Esquire v County of Essex-**#1:25-cv-02267**)</u> against Essex County after my case was removed from the Superior Court to the district Court on 4/3/2025. **(Exhibit C).**

Please study the original case jacket in my Case against Essex County and you may agree with me that the errors on the case jacket make no sense. You will notice that the docket sheet adds the words United States as part of the alleged PRO SE attorney's address.

Please go through the addresses of New Jersey attorneys on the District Court site in ANY MATTER and you will see that none of them seem to have the words "United States" as part of their business addresses.

I am 2013 whistle blower against an FBI Agent who threatened to destroy my law practice, to make me work for free and make me homeless in retaliation for my whistle blowing. I am certain that I am being subjected to acts of retaliation.

I am entitled to Whistle Blower protection.

Attorney Hawkins assisted me with issues related to the Whistle blowing and as perceived, he is also being *subjected to acts of retaliation.*

I started making this observation in approximately 2014 that the words "United States" were added to my address or local addresses of persons with whom I interacted. Many incoming calls to my phone would show up on my caller ID as originating from "USA" without indicating the city of the caller.

I am a former Director of Clinical Services at/Health Care Facility, I had a duty to report unlawful acts against ill and disabled children and Adults that led to a subsequent complaint against the Federal special Agent (aka-FBI) assigned to investigate the Medicare/Medicaid fraud.

Please be advised that Attorney Eldridge Hawkins' (who I assist with his filings) access to the district court site has been disabled. **(Exhibit D).** He can't even log in to even pay his small pacer bill. **(Exhibit D).**

We need HELP in having his access restored.

I took a screen shot of a message generated on attorney Hawkins' computer while we struggled to try and log him into Pacer several days ago. I am totally blocked from printing the screen shot. As such, I have written the words that were displayed on the message so that you can help us to understand what they mean.

The words are as follows:

---

### "Multifunction Authentication Methods"

*Multifactor authentication (MFA) provides an extra layer of security to your account by requiring additional verification to log in. Once you enroll in the service, you must enter a one time passcode using one of the methods below.*

3

### _Authentication Apps_

_Set up an Authentication  app to sign in using a one-time passcode. You may add up to 5 apps. What is an Authentication app?_

**_No Authentication application has been configured  for this account_**

**_Add App._**

### _Backup  Codes:_

_There are no valid back up codes for this account._

**_Get New Codes._**

---

Please advise how Mr. Hawkins should proceed to regain access to Pacer.

Mr. Hawkins has had access to the District Court for many years. He also has professional support for his computers as witnessed by me.  I was the one who retained Courtland Computer Services to provide professional services for his computers.  I also retained Staples protection services for his laptop.

I have attached a copy of a mental health report prepared by Dr. Ejiofor to prevent you from reaching the conclusion that my disclosure about unusual activities various Court site **_is a product of mental illness. (E_**xhibit E**)**.

Dr. Ejiofor who prepared this mental health report, has apparently become a victim of retaliation soon after preparing the report. Dr. Ejiofor advised me over a week that his office cell phone is now **_fully and totally controlled by others. He has also_**  advised me that he has observed that his office security camera no longer functions in a normal manner.

After observing strange activity with my mail, my Uber driver started delivering my mail. Upon trying to purchase a car, he discovered that he was listed in the credit reporting system as deceased. Thus, he was unable to make the purchase due to his deceased status. He recently advised me that his Sim Card was remotely removed from his cell phone. When I received a similar alert that my Sim Card was removed from my cell phone, I could barely make or receive calls.

My Uber driver has advised me that he is under surveillance as he recognizes certain vehicles that constantly now park in front of his home with brakes light on.

4

I was told years ago that I would never be able to prove the actual identities of those who are engaging in the unlawful acts of interferences on the Court sites and against me.

Over the years when I approached others to express my various concerns and presented screen shots, I would be asked whether I had any IP addresses of the people engaging in these acts or whether I had forensic proofs?

While I don't have forensic proofs, what I do have is identity of the **Owner of eCourts** and the identity of the **Owner of United States District Court site.**

The duty to protect property rests SOLELY upon the OWNERS OF PROPERTY.

It is clear to me that the Federal Government and the State of New Jersey have the ability to prevent Court documents from being tampered on their Court sites.

The State of New Jersey and the Federal Government have the ability to reach out to legitimate Government agents and get the proper help to stop the unlawful occurrences on the court site. Otherwise, persons who are not judges are dictating the outcome of litigation on many matters in New Jersey.

New Jersey and the Federal Government have ways of protecting their Court sites to prevent the denial of due process to its citizens.

The types of interference on the **COURT SITES** are clearly being engaged in by persons who have managed to gain administrative access to the Court sites.

None of the things that I have reported to the Superior Court and the District Court can be done from an attorney's ordinary access code.

I am now saying to the **Owner** of the District Court and the **Owner** Superior Court sites upon which the citizenry rely, that they have a **duty** to prevent act of interferences on the Court sites.

As a Whistle Blower, I should not be left alone to endure hostile acts after doing want was expected of me as a Professional Nurse and A Citizen.

I have attached additional copies of documents to help you understand the magnitude of the situation:

*A Notice of Claim that I recently filed against the FBI.* **(Exhibit F)**

*A copy of a Certification filed by Eldridge Hawkins in a Superior Court matter that addresses multiple issues.* **(Exhibit G)**

*A request for Accommodation that was filed with the District Court* **(Exhibit H)**

5

I ask that you investigate the circumstances of the Notice of Removal in the Nazario matter and get an explanation as to how that document came into existence.

As of today, I cannot print the 9/1/2024 Notice of removal in the <u>Nazario</u> case showing any date or case identification number.

I ask that you help Attorney Hawkins to regain access to the district Court.

Thank you.


Respectfully submitted,

/s/ <u>Cecile D. Portilla</u>
CECILE D. PORTILLA, ESQUIRE

Enclosures

# EXHIBIT A

THE LAW OFFICE OF MARCO DI STEFANO, ESQ., LLC
2050 Emerson Avenue,
Union, NJ 07083
347-672-2650
By:  Marco Di Stefano
*Attorney for Defendant*(s) Louis Copeland, April Cruz, and
Christopher Hartwyk
Attorney ID 243712017

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICA NAZARIO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORANGE TOWNSHIP, ORANGE POLICE DEPARTMENT, LOUIS COPELAND, LIEUTENANT OLIVERA, APRIL CRUZ, CHRISTOPHER HARTWYK, UNION REP DOES 1-3, UNION DOE 1, JOHN DOE (1-5), JANE DOE (1-5) ABC CORPORATION (1-5)<br><br>Defendants. | CIVIL ACTION NO.<br><br>NOTICE OF REMOVAL<br><br>DOCUMENT ELECTRONICALLY FILED |

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant(s) Louis Copeland, April Cruz, and Christopher Hartwyk (hereinafter referred to as "Defendant(s)") by and through their attorney, The Law Office of Marco Di Stefano, Esq., LLC, hereby remove the above-captioned action from the Superior Court of the State of New Jersey, Essex County, Case No. ESX-L-6112-22, to the United States District Court for the District of New Jersey.

In support of this Notice of Removal, Defendant(s) state as follows:

## PROCEDURAL BACKGROUND

1. On October 17, 2022, Plaintiff filed a civil action in the Superior Court of the State of New Jersey, Essex County, Captioned Erica Nazario v. The City of Orange Township, et al., Civil Action No., ESX-L-6112-22.

2. On March 22, 2023, Plaintiff filed an Amended Complaint.

3. On March 20, 2024, Defendant(s) filed an Answer to the Amended Complaint and included a Counter Claim for Malicious Abuse of Process against Plaintiff.

4. On August 28, 2024, Plaintiff erroneous filed an Answer to the Counterclaim that included a Counterclaim for First Amendment Retaliation pursuant to 42 U.S.C. § 1983 and also a claim for NJLAD Retaliation.

5. This Answer and Counter claim described in paragraph 4 is the first pleading asserting a cause of action arising under the laws of the United States.

6. Fewer than thirty (30) days of the Answer with Counter claim have elapsed since Plaintiff served the Summons and Complaint on Defendant(s). Accordingly, Defendant(s) have timely filed this Notice of Removal under 28 U.S.C. § 1446(b)(3); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S.

2

15. WHEREFORE, pursuant to 28 U.S.C. § 1441(a) and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendants hereby remove this action to the United States District Court for the District of New Jersey and respectfully request that the Superior Court of the State of New Jersey, Essex County proceed no further with respect to this case in accordance with 28 U.S.C. § 1446.

Respectfully Submitted,

The Law Office Of Marco Di Stefano, Esq., LLC

s/ Marco Di Stefano
    Marco Di Stefano, Esq.

5

# EXHIBIT B

THE LAW OFFICE OF MARCO DI STEFANO, ESQ., LLC
2050 Emerson Avenue,
Union, NJ 07083
347-672-2650
By:  Marco Di Stefano
*Attorney for Defendant*(s) Louis Copeland, April Cruz, and
Christopher Hartwyk
Attorney ID 243712017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICA NAZARIO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORANGE TOWNSHIP, ORANGE POLICE DEPARTMENT, LOUIS COPELAND, LIEUTENANT OLIVERA, APRIL CRUZ, CHRISTOPHER HARTWYK, UNION REP DOES 1-3, UNION DOE 1, JOHN DOE (1-5), JANE DOE (1-5) ABC CORPORATION (1-5)<br><br>Defendants. | CIVIL ACTION NO.<br><br>NOTICE OF REMOVAL<br><br>DOCUMENT ELECTRONICALLY FILED |

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant(s) Louis Copeland, April Cruz, and Christopher Hartwyk (hereinafter referred to as "Defendant(s)") by and through their attorney, The Law Office of Marco Di Stefano, Esq., LLC, hereby remove the above-captioned action from the Superior Court of the State of New Jersey, Essex County, Case No. ESX-L-6112-22, to the United States District Court for the District of New Jersey.

In support of this Notice of Removal, Defendant(s) state as follows:

### PROCEDURAL BACKGROUND

1. On October 17, 2022, Plaintiff filed a civil action in the Superior Court of the State of New Jersey, Essex County, Captioned Erica Nazario v. The City of Orange Township, et al., Civil Action No., ESX-L-6112-22.

2. On March 22, 2023, Plaintiff filed an Amended Complaint.

3. On March 20, 2024, Defendant(s) filed an Answer to the Amended Complaint and included a Counter Claim for Malicious Abuse of Process against Plaintiff.

4. On August 28, 2024, Plaintiff erroneous filed an Answer to the Counterclaim that included a Counterclaim for First Amendment Retaliation pursuant to 42 U.S.C. § 1983 and also a claim for NJLAD Retaliation.

5. This Answer and Counter claim described in paragraph 4 is the first pleading asserting a cause of action arising under the laws of the United States.

6. Fewer than thirty (30) days of the Answer with Counter claim have elapsed since Plaintiff served the Summons and Complaint on Defendant(s). Accordingly, Defendant(s) have timely filed this Notice of Removal under 28 U.S.C. § 1446(b)(3); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S.

2

344, 354 (1999) (Explaining that the 30-day removal period begins to run on the date of service).

## GROUNDS FOR REMOVAL

7.    Section 1441(a) of Title 28 of the United States Code provides in relevant part that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant...to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8.    Federal district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331.

## FEDERAL QUESTION JURISDICTION

9.    This Court has original federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff is alleging claims under 42 U.S.C. § 1983 and the United States Constitution.

10.   Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the...laws...of the United States."

11.   Because the Counterclaim states a claim under 42 U.S.C. § 1983 and the United States Constitution, over which this Court

3

has original jurisdiction, removal is proper under 28 U.S.C. § 1441(a).

12.   To the extent Plaintiff's remaining counts arise under the New Jersey Law Against Discrimination ("LAD"), N.J.S.A. § 10:5-1, et seq., and New Jersey common law, this Court has supplemental jurisdiction over these claims as they "form part of the same case or controversy" because all of Plaintiff's claims arise out of her employment with the City of Orange Township Police Department and alleged issues relating to her alleged disability during her employment. See 28 U.S.C. § 1367(a).

## ALL OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

13. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1441(a) because the United States District Court for the District of New Jersey is the federal judicial district and division embracing the Superior Court of New Jersey, Essex County, where Plaintiff originally filed this action, and a substantial part of the alleged events giving rise to Plaintiff's claims are alleged to have occurred in this judicial district.

14. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Superior court of the State of New Jersey, Essex County, where the suit has been pending.

4

15. WHEREFORE, pursuant to 28 U.S.C. § 1441(a) and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendants hereby remove this action to the United States District Court for the District of New Jersey and respectfully request that the Superior Court of the State of New Jersey, Essex County proceed no further with respect to this case in accordance with 28 U.S.C. § 1446.

Respectfully Submitted,

The Law Office Of Marco Di Stefano, Esq., LLC

s/ Marco Di Stefano
      Marco Di Stefano, Esq.

# EXHIBIT C

## U.S. District Court
### District of New Jersey [LIVE] (Camden)
### CIVIL DOCKET FOR CASE #: 1:25-cv-02267

*← Cuse Name?* (handwritten)

PORTILLA

Assigned to:

Case in other court: Superior Court of New Jersey, ESX-L-84-00025

Cause: 28:1343 Violation of Civil Rights

Date Filed: 04/03/2025  *wrong* (handwritten)

Jury Demand: None

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

### Plaintiff

**CECILE D PORTILLA**                     represented by **CECILE D PORTILLA**
**ELDRIDGE HAWKINS**
**60 EVERGREEN PLACE**
**EAST ORANGE, NJ 07018**
United Sta
9738701226  *wrong number* (handwritten)
**PRO SE**

V.

### Defendant

**ALAN RUDDY**
**ESSEX COUNTY COUNSEL**
**465 DR. MLK JR. BLVD.**
**NEWARK, NJ 07102**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2025 | 1 | NOTICE by ALAN RUDDY (Attachments: # 1 Declaration NOTICE OF REMOVAL) (RUDDY, ALAN) (Entered: 04/03/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/05/2025 16:40:29 | | | |
| **PACER Login:** | 021212005 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-02267 Start date: 1/1/1980 End date: 4/7/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
Email: hwklaw@aol.com

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072   Fax (862) 520 3433
Attorney Id :021212005
portillalaw@gmail.com

| | |
|---|---|
| CECILE D. PORTILLA, ESQUIRE, CECILE D. PORTILLA, ATTORNEY AT LAW LLC<br><br>PLAINTIFF (S)<br><br>v.<br>COUNTY OF ESSEX, ESSEX COUNTY PROSECUTOR'S OFFICE, HEATHER CASSIDY, DETECTIVE MULLINGS, CAPTAIN DAVID SANABRIA, ESSEX COUNTY CYBER CRIMES UNIT(FACTS UNIT)<br>JANE DOE 1-5, JOHN DOE 1-5 (fictitious parties, names unknown)<br><br>DEFENDANT (S) | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br>Case # 1:25-cv-02267<br><br><br>Civil Action<br><br><br><br>DECLARATION OF ELDRIDGE HAWKINS IN SUPPORT OF MOTION TO REMAND COMPLAINT TO SUPERIOR COURT |

Eldridge Hawkins of full age with knowledge of the penalties of false swearing hereby

certify as follows:

1. I am an Attorney at law of the State of New Jersey.

1



2. I am the Attorney for Cecile D. Portilla, Esquire and Cecile D. Portilla, Attorney at Law LLC.

3. **Pursuant to 28 USC §1447 (c)** A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.

4. On March 3, 2025, the plaintiffs filed a Complaint and Jury demand against multiple defendants including the County of Essex in the Superior Court. **(Exhibit 1 -with Exhibit A to Exhibit E attached)**

5. Attached to the Complaint were Exhibits A-Exhibit E  for a proper understanding of why the matters were alleged against the various defendants. **(Exhibit 1 -with Exhibit A to Exhibit E attached)**

6. On April 3, 2025, the County of Essex removed the complaint to the District Court. **(Exhibit 2)**

7. The County of Essex did not add the attachments that were part of the Complaint when they removed it to the District Court. **(See Exhibit 2)**

8. Without Exhibit A to Exhibit E that formed part of the Complaint that was filed in the Superior Court, the District Court would never understand the plaintiffs' matter. **(See Exhibit A to Exhibit E of the Complaint).**

2

9. The District Court case jacket sheet also identifies only Cecile D. Portilla as the plaintiff and indicates that she is as a pro se plaintiff. . **(Exhibit 3)**

10. Cecile D. Portilla is not a plaintiff in the matter.

11. There are two plaintiffs in the matter: Cecile D. Portilla, Esquire and Cecile D. Portilla, Attorney at Law **(See EXHIBIT 1 Caption to Complaint )**

12. **The docket number for the Superior Court matter that is listed on the District Court docket sheet does exist.**

13. The defendant also advised that the reason for the removal was based on a Federal Question.

14. The plaintiffs did not intend any Federal Questions to be asserted in their complaint.

15. The plaintiffs had apparently attached the Federal Questions in error to the Complaint that was filed in the Superior Court.

16. The Plaintiffs have amended the Complaint and **removed all Federal Questions** from the Complaint. **(See Amended Complaint attached )**

17. Because all Federal Questions have been removed from the Amended Complaint and the parties are not in diversity, the District Court no longer has jurisdiction over the plaintiffs' matter.

18. **Pursuant to 28 USC §1447 (c)** the Plaintiffs move that their matter be immediately remanded to the State Court as only the Superior Court has Jurisdiction over the plaintiffs' Amended Complaint.

3



19. This motion is based on good cause and not for the purpose of delay.

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

/s/_____
ELDRIDGE HAWKINS, ESQUIRE

Dated: April 5, 2025

ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
Email: hwklaw@aol.com

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072   Fax (862) 520 3433
Attorney Id :021212005
portillalaw@gmail.com

| | |
|---|---|
| CECILE D. PORTILLA, ESQUIRE, CECILE D. PORTILLA, ATTORNEY AT LAW LLC<br><br>PLAINTIFF (S)<br><br>v.<br>COUNTY OF ESSEX, ESSEX COUNTY PROSECUTOR'S OFFICE, HEATHER CASSIDY, DETECTIVE MULLINGS, CAPTAIN DAVID SANABRIA, ESSEX COUNTY CYBER CRIMES UNIT(FACTS UNIT)<br>JANE DOE 1-5, JOHN DOE 1-5 (fictitious parties, names unknown)<br><br>DEFENDANT (S) | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br>Case # 1:25-cv-02267<br><br><br>Civil Action<br><br><br><br>DECLARATION OF ELDRIDGE HAWKINS IN SUPPORT OF MOTION TO REMAND COMPLAINT TO SUPERIOR COURT |

Eldridge Hawkins of full age with knowledge of the penalties of false swearing hereby

certify as follows:

1. I am an Attorney at law of the State of New Jersey.

1



2. I am the Attorney for Cecile D. Portilla, Esquire and Cecile D. Portilla, Attorney at Law LLC.

3. **Pursuant to 28 USC §1447 (c)** A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.

4. On March 3, 2025, the plaintiffs filed a Complaint and Jury demand against multiple defendants including the County of Essex in the Superior Court. **(Exhibit 1 -with Exhibit A to Exhibit E attached)**

5. Attached to the Complaint were Exhibits A-Exhibit E for a proper understanding of why the matters were alleged against the various defendants. **(Exhibit 1 -with Exhibit A to Exhibit E attached)**

6. On April 3, 2025, the County of Essex removed the complaint to the District Court. **(Exhibit 2)**

7. The County of Essex did not add the attachments that were part of the Complaint when they removed it to the District Court. **(See Exhibit 2)**

8. Without Exhibit A to Exhibit E that formed part of the Complaint that was filed in the Superior Court, the District Court would never understand the plaintiffs' matter. **(See Exhibit A to Exhibit E of the Complaint).**

9. The District Court case jacket sheet also identifies only Cecile D. Portilla as the plaintiff and indicates that she is as a pro se plaintiff. . **(Exhibit 3)**

10. Cecile D. Portilla is not a plaintiff in the matter.

11. There are two plaintiffs in the matter: Cecile D. Portilla, Esquire and Cecile D. Portilla, Attorney at Law  **(See EXHIBIT 1 Caption to Complaint )**

12. **The docket number for the Superior Court matter that is listed on the District Court docket sheet does exist.**

13. The defendant also advised that the reason for the removal was based on a Federal Question.

14. The plaintiffs did not intend any Federal Questions to be asserted in their complaint.

15. The plaintiffs had apparently attached the Federal Questions in error to the Complaint that was filed in the Superior Court.

16. The Plaintiffs have amended the Complaint and **removed all Federal Questions** from the Complaint. **(See Amended Complaint attached )**

17. Because all Federal Questions have been removed from the Amended Complaint and the parties are not in diversity, the District Court no longer has jurisdiction over the plaintiffs' matter.

18. **Pursuant to 28 USC §1447 (c)** the Plaintiffs move that their matter be immediately remanded to the State Court as only the Superior Court has Jurisdiction over the plaintiffs' Amended Complaint.

3



19. This motion is based on good cause and not for the purpose of delay.

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

/s/_____
ELDRIDGE HAWKINS, ESQUIRE

Dated: April 5, 2025

Gmail - Activity in Case 1:25-cv-02267 PORTILLA Motion to Remand    12861https://mail.google.com/mail/u/0/?ik=cc77983931&view=pt&search=a...

 Gmail

Cecile Portilla <portillalaw@gmail.com>

---

## Activity in Case 1:25-cv-02267 PORTILLA Motion to Remand

---

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>                Sun, Apr 6, 2025 at 1:23 PM
To: njdefiling@njd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

### Notice of Electronic Filing

The following transaction was entered by PORTILLA, CECILE on 4/6/2025 at 1:23 PM EDT and filed on 4/6/2025
**Case Name:**        PORTILLA
**Case Number:**      1:25-cv-02267
**Filer:**            CECILE D PORTILLA
**Document Number:** 2

**Docket Text:**
First MOTION to Remand *Complaint to Superior Court by Eldridge Hawkins, Esquire* by All Plaintiffs. (Attachments: # (1) Declaration Declaration of Eldridge Hawkins, Esquire in Support of Motion to Remand, # (2) Exhibit Exhibit 1-Complaint and Jury Demand filed in Superior Court with Exhibit A to Exhibit E, # (3) Exhibit Exhibit A- Plantiff's Plea for Help to FACTA UNIT, # (4) Exhibit EXHIBIT B-NOTICE OF CLAIM AGAINST FACTS UNIT 4 28 2022, # (5) Exhibit Exhibit C-Explanation of Ongoing Crisis Explaining Need to FACTS UNIT INTERVENTION, # (6) Exhibit Response Letter From Postal Commission Regarding Part of Plaintiff's Crisis 1 20 2015, # (7) Exhibit Exhibit E-Witness Statement 8 7 2014, # (8) Exhibit Exhibit 2-Notice of Removal Filed by Defendants on filed 4 3 2025, # (9) Exhibit Exhibit 3-District Court Case Jacket with incorrect information, # (10) Exhibit Proposed Order to Remand, # (11) Exhibit Exhibit 4-Revised Proposed Amended Complaint to be filed)(PORTILLA, CECILE)

**1:25-cv-02267 Notice has been electronically mailed to:**

CECILE DELROSE PORTILLA &nbsp &nbsp portillalaw@gmail.com

**1:25-cv-02267 Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/6/2025] [FileNumber=19341965-0
] [b1d9670dc469fbb89902f0a17db501271417816dcc0220985ee6cceae781ad8fa45

# EXHIBIT D

Case 2:25-cv-02089-BRM-SDA   Document 24-1   Filed 10/04/25   Page 29 of 48 PageID: 1234



# EXHIBIT E

# J.U. Ejiofor, Ph.D., MSN, APN

**A Psychiatric Mental Health Provider**

Dear Sir/Madam:

I am the Director of Luminous Cares, LLC – A Psychiatric Mental Health Provider. I am a licensed Mental Health Provider, professional.

I have been asked by Ms Portilla to prepare a letter regarding her mental competency.

I have known Ms Portilla for many years. In fact, after she advised me in approximately 2020 that the West-Orange Police was refusing to provide her with assistance regarding her concerns that she was being harassed by government agents regarding her whistle-blowing activities, and trying to suggest that she was mentally incompetent, and by dint of my professional expertise I offered to go to the police station with her in her defense. I called the West Orange Police Station line many times for this purpose, but no one neither picked up nor returned my calls.

Not only is Ms Portilla mentally competent, she is diligent and purposeful in her professional career as a black woman.

I am convinced that Ms Portilla, in fact, made all the observations that she has reported over the years.

Should you have any questions, please feel free to reach me at 862-930-0740.

J. U. Ejiofor, CEO
Ph.D., MBA, MSN, PMHNP-BC
6/28/2025

*Luminous Cares, LLC*

p | 862.233.2133
f | 862.233.2043
e | luminouscares@yahoo.com

134 Evergreen Place
Suite 801
East Orange, NJ 07018

# EXHIBIT F

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
3 Ardmore Road
West Orange, New Jersey 07052

August 27, 2025

FBI -Civil Litigation Unit
Office Of General Counsel
935 Pennsylvania Ave, NW
Suite 10140
Washington Dc 20535

## NOTICE OF CLAIM AGAINST FBI, FBI AGENTS 1-40 (individually, Officially) FBI DIRECTOR

·-Tampering with Cell Phone- Continuing Violation-DOI-August 2025
-Hacking of New Jersey Superior Court electronic filing Site
-Hacking of the United States District Court of New Jersey Pacer Site

Dear Director of FBI and other Defendants:

Please be advised that this Whistle Blower's right to privacy and property continue to be violated and that my harassment by perceived FBI Agents continue.

Perceived FBI Agents have merged my private cell phone 973 419 2325 with the private cell phone (201 259 9184) number of Eldridge Hawkins, Esquire.

My cell phone carrier is T-Mobile and the Carrier for Mr. Hawkins is Verizon.

It cannot be contended that either of us accidentally pressed a button that would cause my cell phone to be taking calls from Eldridge Hawkins cell phone at all hours of the day.

We both have witnesses to the fact that this is occurring.

I called Eldridge Hawkins cell phone from my cell phone and was prompted to enter my pass code. My husband and another witness made test calls and observed that when Mr. Hawkins' cell phone number was called, that my cell phone rang.

In 2016, when I asked my old cell phone carrier "why was my cell phone paired to all types of strange devices," their agents (or fake agents) were scripted to tell me that I must have paired the devices to my phone myself since my phone never left my possession.

What is the excuse this time? Why are calls to Eldridge Hawkins on his private cell phone being directed to my private cell phone?

1

None of us have any mental diagnoses that would cause us to make this observation regarding our phones. As of 8/26/2025 a family member of Eldridge Hawkins, Esquire called his phone and was on my cell phone line trying to speak to him when I answered.

The FBI have no warrant that would allow this egregious intrusion into our lives.

The merging and redirecting of calls from another citizen's cell phone to my cell  have NO investigative or lawful purpose. It is criminal harassment by persons who continue to think that they are above the law and above criminal prosecution because the FBI *failed to screen and made a mistake* and gave them a badge.

Please explain why my cell phone gave an alert "sim card removed" months ago.

Be reminded that the FBI was told that in 2015 that persons who did not live in my house were answering my **land line and pretending to be me** when no one was home. Random hackers don't usually have the skills to hack land lines.

Since T-Mobile is the provider of my cell phone Services and the company with whom I contracted for services, I am left in the uncomfortable position of being forced to sue T-Mobile for the defective phone services that is being provided to me.

I *did not contract* for defective phone services, regardless of what is causing the defect.

Perceived lawless and disrespectful FBI Agents are also hacking the New Jersey Superior Court electronic site and tampering and removing and switching documents and exhibits to sabotage cases filed by the undersigned.

The changes being made on the docket sheet by these persons who are not employed by the Courts, suggest that they have gained unlawful administrative access to the Court sites.

By altering and interfering with Court documents, these perceived FBI *agents are dictating the outcome of Litigation.* These are outrageous unforgivable criminal acts, as neither the US nor the NJ Constitution gives them that authority.

The FBI and its Director continue to *fail to train and supervise* and remind agents of the requirements of the United States and New Jersey Constitutions.


## CAUSES OF ACTION

*AGGRAVATED* HARASSMENT
OUTRAGE
VIOLATION OF PRIVACY
VIOLATION OF THE 1st, 4TH AND 14 AMENDMENT
RETALIATION
VIOLATION OF FEDERAL AND STATE ANTI HACKING LAWS

2

CONSPIRACY DENY TO CECILE D. PORTILLA OF HER CIVIL RIGHTS
VIOLATION OF NEW JERSEY CONSTITUTION- ARTICLE 1 PARA 1, 5, 6, 7,18, 20, 23
FAILURE TO TRAIN AND SUPERVISE
42 USC 1983, 1985, 1986, 1988


DEMAND
$20 Billion.

 Sincerely,

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE


PS. I have attached my mental health report as I have become aware that perceived FBI Agents
are seeking to discredit me by trying to convince others that I am psychotic.

Be aware that Dr. Ejiofor who prepared this psychiatric report on my behalf advised me a few
days ago that his business cell phone has suddenly become fully *controlled by others* and that his
security camera is no longer functioning in a normal fashion.


Cc:
T-Mobile
West Orange Police
Eldridge Hawkins, Esquire

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional Instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| FBI-Civil Litigation Unit<br>Office Of General Counsel, Ste 10140<br>935 Pennsylvania Ave, NW | Cecile D. Portilla<br>3 Ardmore Road<br>West Orange, NJ 07052 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>09/19/1966 | 5. MARITAL STATUS<br>M | 6. DATE AND DAY OF ACCIDENT  8/2025<br>24/7          365 | 7. TIME (A.M. OR P.M.)<br>24/7 |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See attached

| 9. | PROPERTY DAMAGE  See attached |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

see attached

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

See attached

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached-OUTLING INJURIES TO RIGHTS

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS (Number, Street, City, State, and Zip Code)** | |
| See attached | See attached | |

| 12. (See Instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| See attached | TO RIGHTS | America's Promise | $20 Bilion |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side).<br>*Cecile D. Portilla* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>973 419 2325 | 14. DATE OF SIGNATURE<br>08/27/2025 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

05-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No   **17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

N/A

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# EXHIBIT G

| | |
|---|---|
| **Deborah Upchurch**<br><br>                          **Plaintiff**<br><br>v<br><br>INSERVCO INSURANCE SERVICES, INCORPORATED (AKA) PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, CITY OF ORANGE, ORANGE POLICE DEPARTMENT, CHRISTOPHER HARTWYK, NANCY FOLKES, SHANELL BOOKER, KIMBERLY ANN WEIDERHOLD, SYLVIA BACAAN, CITY OF ORANGE AGENTS (1-10), INSERVCO AGENTS (1-10) JOHN DOES (1-10), JANE DOES (1-10) ABC CORPORATIONS (1-4) (FICTITIOUS PARTIES identities unknown)<br><br>                          Defendants | **SUPERIOR COURT OF NEW JERSEY**<br><br>**APPELLATE DIVISION**<br><br><br>Sat Below<br>Hon. Jennifer C. Critchley, J.S.C<br>DOCKET NO: ESX-6471-22<br><br><br>**CIVIL ACTION** |

CERTIFICATION OF ELDRIDGE HAWKINS, ESQ

---

ELDRIDGE HAWKINS LLC,
ATTORNEY AT LAW
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Phone (973) 676-5070
Fax (973) 676-7356
Attorney Id: 214731967
Email: Hwklaw@aol.com

CECILE D. PORTILLA, ESQUIRE
7 Glenwood Avenue
East Orange, NJ 07017
Phone (973) 676 5072  Fax 862 520 3433
Fax (973) 669 3268
Phone (973) 419 2325
Attorney Id: 21212005
portillalaw@gmail.com

Case 2:24-cv-02690-BRM-SDA   Document 24-17   Filed 10/04/25   Page 40 of 48 PageID:
ESX-L-006471-22   06/13/2025 1:04:57 PM   Pg 2 of 8   Trans ID: LCV20251755919
FILED, Clerk of the Appellate Division, June 12, 2025, AM-000528-24, M-005754-24

Eldridge Hawkins of full age with knowledge of the penalties of false swearing hereby certify as follows:

1. I am an attorney at law of the State of New Jersey.
2. I am familiar with the facts of this case and able to make this certification.
3. I advise all that Ms. Portilla utilized office space in my office somewhere around 2014-2015. I recall at the time that she had a problem with her then employer or ex employer, a hospital, in her other professional capacity as a nurse.
4. When she first addressed her complaints to me, I was very wary as she was complaining as if everything going wrong in her life was because of the F.B.I.
5. I spoke to her spouse, Mario Portilla, also a nurse, who confirmed his observations of the strange things happening with his wife and her computers and electronic equipment .(see certification of Mario attached)
6. Be aware that Ms. Portilla advised me that she hired a professional computer services company to maintain and scan her computers who could not find anything wrong with them. She also advised me that she has VPN and a fire wall.
7. I was very concerned about Ms. Portilla because the strange manifestations CAUSED HER MUCH UPSET
8. Additionally, I was concerned that she might be developing some kind of mental condition that needed to be addressed until I started making some of the same observations.
9. There was an experience Ms. Portilla wanted me to have when I had tried to reach one of Ms. Portilla's medical experts. I dialed the number and somewhere during the call there was a message that the call was being recorded.
10. While businesses may have recordings that calls may be recorded, when I asked the doctor if his calls were being recorded he said he was unaware and I advised him that I heard a recording on his line saying the matter was being recorded. I found it peculiar that whatever his expertise, that recording should not be there.

11. As recently as 6/11/2025 I called Ms. Portilla from the court house and a recording came on during our conversation that our call was being recorded. This was a very similar experience to that which I had with her medical expert years ago.

12. Ms. Portilla has also handed me her phone so that I could hear first hand that persons such as other law firms that she was trying to reach had recordings that they were not in service.

13. In her submission to the Supreme Court ,Ms. Portilla complained that somehow someone is rearranging items in the ACMS system to make defendants' submissions look as if they are filed before her's which were not recorded at all in the ACMS. This is NOT an uncommon experience .

14. Ms. Portilla complained to me of items that we filed that purportedly were not seen by the court prior to its decision. I have been complaining of similar experiences.

15. I also attach an 02/03/2025 inquiry that I submitted to JUDGE TARANTINO , in whom I have the greatest respect .(see 02/03/2025 documents attached).

16. The 01/30/2025 documents submitted by the undersigned were not recorded on the ACMS (P.3 OF 6) while those submitted by the adversary on 01/31/2025 were recorded

17. If you look at the ACMS sheet, you will see that my January 30 documents as of JANUARY 31 do not appear at all. This is not the only time something like this has happened.

18. Because of my experiences with the court in ESSEX County,I personally perceive that those behind the strange occurrences are a combination of Essex County clericals OR Court staff and/or the Essex County prosecutors office and/or Attorney General's Office .

19. I say this because I KNOW I HAVE BEEN A VICTIM OF FRAUD when in litigation with ESSEX COUNTY , ESSEX SHERIFF OFFICE , ESSEX PROSECUTORS OFFICE , A.G. .SOMEONE put my name on a consent to vacate a default to which I NOT agree at the time .

20. Please see State Of New Jersey V King Perry Et Als , ESX-L-9267-21.(see ACMS and Docket sbeet attached . Ms. Portilla also referenced these circumstances in her submissions to the New Jersey Supreme Court.

Case 2:24-cv-02690-BRM-SDA Document 24-7 Filed 10/04/25 Page 42 of 48 PageID:
ESX-L-006471-22 06/13/2025 1:04:57 PM Pg 4 of 8 Trans ID: LCV20251755919
FILED, Clerk of the Appellate Division, June 12, 2025, AM-000528-24, M-005754-24

21. Ms. Portilla brought it to my attention that multiple very strange invalid failures to prosecute notifications were repeatedly sent out on multiple clients. Ms. Portilla brought it to the Court's attention and tried to get it to stop.

22. Upon reviewing the files I agreed. These bizarre repeated failure to prosecute notifications were going out after defense counsels have filed answers or motions to dismiss.

23. I felt compelled to assist Ms. Portilla in drafting a Notice of claim against the STATE OF NEW JERSEY and the three branches of government that were keeping the monies required to get the defendants who were dismissed to be reinstated to our cases. Who could be doing this?

24. Things are happening that Ms. Portilla and I have observed.

25. I feel very pleased that I have had the opportunity to nurture Ms. Portilla in protect the public. I have personally taken on cases multiple times where the clients could not afford counsel to handle their very worthy cases. To my chagrin, my workload started to increase without similar increase in income, because she started doing the same thing with my having been volunteered as the trial attorney .

26. All should know that I personally have been complaining about the complete disrespect that I have developed pertaining to government's actions and non actions .

27. .Specifically , I complain that the NEW JERSEY SUPREME COURT is more interested in protecting the Judiciary and their fellow N.J. government partners, the N .J. LEGISLATURE and the Executive branch that they have insisted on defending their UNCONSTITUTIONAL FOLLOWING POLICIES.

28. Rule.1;12-1,2 which violates Morrisey v Brewer, 408,u.s.471 1972 B doctrine of necessity by which THE SUPREME COURT justifies violating the N J Constitution

29. I also submit that in the approximate last 24 months an alleged client came into my office complaining about the FBI and what they were doing to him. He too strangely identified himself as a Whistle Blower against the FBI.

30. He specifically did not want to have a usual file placed in the file cabinet. In the most recent last 6 months or so , he came back into my office. This guy

Case 2:24-cv-02690-BRM-SDA   Document 24-17   Filed 10/04/25   Page 43 of 48 PageID:
ESX-L-006471-22   06/13/2025 1:04:57 PM   Pg 5 of 8   Trans ID: LCV20251755919
FILED, Clerk of the Appellate Division, June 12, 2025, AM-000528-24, M-005754-24

coming at this time sounded too peculiar. I sincerely believe that he was sent by the FBI. I became convinced that he was not here for the reasons that he said that he did. His complaints mirrored Ms. Portilla's concerns.

31. When I asked if he was sent by the FBI he hung his head. I apologized to Ms. Portilla for not believing everything that she had told me that she suspected that the FBI was doing.

32. I now have reason to believe that Ms. Portilla's disturbing experiences are not only true but quite possibly initiated by the FBI .

33. The debate I had continually  with MS. Portilla was that she had no real proof that her suspicions of the cause of these very strange circumstances that we were both  experiencing  was accurate , although she appeared convinced

34. AFTER the last visit by the  client complaining about the FBI , I NOW believe she seems to be correct. I DID GET HER TO STOP making statements without  utilizing the word "perceived"

35. Ms Portilla stated in her communication to the Supreme Court that multiple Court notifications {that she perceived to be blocked by others) were not coming through to us.

36. The Matter of Atkinson v County of Hudson is very significant regarding this that are on the docket sheet that others apparently are not seeing.

37. With respect to both the judge and defense counsel allegedly not seeing my filings for default multiple times, it would appear that the docket sheet accurately records what happened , and the undersigned did indeed file for default appropriately , which were not included in the carefully written chronology stated by defense counsel and possibly merely reiterated by the court from defense counsel's statement.

38. What ever the reason both the COURT and DEFENSE counsel missed TRUTH !

39. WHATEVER the truth may be , it is suggested that this OLD lawyer Has experienced many things in life and suggests with CERTAINTY, that Ms. Portilla is not a danger to anybody , is a very competent attorney and seems to be accurate in much of her observations that she reported.

40. The evidence demonstrates that the FBI may very well be behind the multiple interferences with a variety of electronic filings on ecourts etc.

FILED, Clerk of the Appellate Division, June 12, 2025, AM-000528-24, M-005754-24

41. At my last court appearance on June 9 ,2025 I complained to Judge Critchley that I keep my own diary and did not have notice via eCourts about that matter nor the trial that the judge told me was scheduled for Monday June 16, 2025.

42. I actually complained on that record of some of the strange events that were occurring to me recently , including a recent recording of my conversation with Ms. Portilla that reminded me of that recording with Ms. Portilla's medical expert years ago.

43. Ms. Portilla's report to the Supreme Court also mentions that someone with administrative access has removed her name from the almost all docket sheets of her clients and replaced her name with mine.

44. The docket sheets attached speak for themselves as to whether she is imagining these things.

45. The matter of Nazario v. Lorenzo is the most obvious that someone accessed the docket sheets and made the change for what ever reason. I agreed to be the trial attorney towards the end of the Nazario v. Lorenzo case.

46. Yet strange enough my name was substituted for Ms. Portilla's at the top of the docket sheet as the attorney of record. {See attached docket sheets of Ms. Portilla's clients wherein those cases were filed under her account by her.}

47. I did not consent to become the attorney of record on Ms. Portilla's clients' cases! Ms. Portilla did not consent to these changes!

I certify that the above statements made by me are true. I am aware that if any of the forgoing statements are wilfully false that I will be subject to punishment.

/s/ Eldridge Hawkins
ELDRIDGE HAWKINS, ESQUIRE

June 12, 2025

# EXHIBIT H

Case 2:24-cv-02680-BRM-SDA    Document 178    Filed 10/04/25    Page 45 of 48 PageID: 13054

**CECILE D. PORTILLA, Attorney at Law LLC**
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072   Fax (862) 520 3433
Attorney Id :021212005
Email: Portillalaw@gmail.com

April 15, 2025

Attn: Clerk
Magistrate Judge Cathy L. Waldo
District Court of New Jersey
50 Walnut street
Newark, New Jersey

**REQUEST FOR ACCOMMODATION BY BEING ALLOWED TO PAPER FILE
DOCUMENTS AS DESIRED WHILE RESERVING THE OPTION TO EFILE**

Dear Judge Waldor:

Please consider this as my request to paper-file documents in the District Court.

I am a whistle Blower against an FBI Agent who has threatened to destroy my career and livelihood. Based on information and belief, this Agent has been unlawfully accessing court documents and tampering them. I have put other Courts and law enforcement on Notice.

I am entitled to whistle blower protection.

I am appalled by what was done to my brief in opposition to Summary judgment on the Young v Chipotle Mexican Grill matter that was uploaded last evening 4/14/2025. The number of typos, grammar errors, Ebonics and Patios in my most recent brief shocks the conscience. These attacks and acts of interferences are occurring in multiple Courts.

I even received a fake Court Order from an Administrative law Judge's email address back in approximately 2014.

Upon asking one attorney to explain one of his multiple *motions to compel my compliance* in another matter, the attorney could not provide any explanation.

Based on information and belief, this Federal Agent also unlawfully accessed H&R Block and injected a bogus multimillion dollars write off in my tax documents, which I would *not have been able to explain* to the IRS had the accountant not caught it.

1

Based on information and belief, these malicious acts are being orchestrated to support this person's attempt to falsely declare me to be unfit in retaliation for blowing the whistle against him.

In January 2025, I was able to obtain conclusive proof that others perceived to be the FBI Agent (and those assisting him), have *direct unlawful access to the Supreme Court's electronic site* and were uploading documents to ecourts.

The documents that were uploaded from the Appellate Division to the Supreme Court's eCourt on January 31, 2025, by perceived FBI Agents, did not even match the documents that they purported to accompany.

Since I use the Superior Court web site more than the District Court site, I have gathered enough evidence to substantiate my statements that there is unlawful administrative access to eCourts.

*Multiple* unjustified failures to prosecute are being sent out in the Superior Court by these persons perceived to be FBI Agents, to harass us, causing us to file a Notice of Claim against the Superior Court as we were repeatedly required to pay the motions costs to get defendants reinstated.

These perceived Agents are removing email addresses from case jackets to prevent court notifications from coming to us and other lawyers, rearranging documents in the ACMS and causing our documents to appear as if filed after the documents filed by other attorneys.

One lawyer recently contacted Attorney Eldridge Hawkins, on my personal case that is being managed by him, asking that he send documents directly to her. The lawyer found it strange that the Court *suddenly stopped sending her notifications on my matter.*

My name has been exchanged as the attorney of record for several of my clients' cases to designate Attorney Eldridge Hawkins, as Counsel of record, without our knowledge, causing egregious interference with Court notifications not being received by either of us.

Only persons with direct unlawful administrative access, can make changes to Court docket sheets in such an outrageous manner. These are *crimes* against the courts.

We have had cases dismissed because (based on information and belief), the Judge and Court staff *could not see* documents that were uploaded and filed on a Court's web site.

I have been told on two occasions that an attorney *could not see* my submissions that were attached to the Superior Court's web site. We believe that our documents are being blocked from view on the Court site as desired by these agents.

I feel so strongly about this issue that I am sending a letter to the NJ legislature proposing that our Constitution be amended to change the definition of *Treason* to include *unlawful cyber accessing and interference with Court Documents and Court Orders by any person.*

2

*These acts upon Court Documents clearly amount to a Hostile takeover or the usurping of the authority of the Third Branch of our Government. Exactly what types of human beings think that they can get away with hacking Court documents?*

While most acts of interference have been occurring at the State Court Level, I have been threatened by persons, who advised me that I would be blocked from uploading a brief to the District Court several months ago. Sure enough, when I tried to file the brief that evening, it could not be uploaded.

While it is very convenient to eFile, the interference is creating a hardship, as changes are being made to our documents that are NOT made by us. Thus, based on my Whistle Blower status, I make this request pursuant to NJ CEPA, since I blew the whistle in role of a health care provider to protect low-income minority patients from unlawful acts.

I also reported Medicaid/Medicare Fraud as part of the same matter. Thus, this request is also made pursuant to NJSA 10:1-2, NJSA 10:5-12 (d) ( e) (f ).

I would still reserve the option to efile.


Respectfully submitted,

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE